UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Parvinder S. Nanua and Surjit K. Nanua<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   20-13410<br><br>Chapter:  7<br>Honorable LaShonda Hunt |

## ORDER AUTHORIZING 2004 EXAMINATIONS

      This matter having come before the Court on the motion of Peter N. Metrou, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Parvinder S. Nanua and Surjit K. Nanua (the "Debtors"), for authority to issue a Rule 2004 subpoena to the Debtors, Southside marathon LLC ("Southside"), Auburn Marathon ("Auburn"), Bholenath Inc. ("Bholenath"), Prabdeep S. Nanua ("Prabdeep"), Timothy Claxton ("Timothy"), Rubita Grewal ("Rubita"), Paramvir Singh ("Paramvir"), and Bob Singh ("Bob", collectively the "Examinees"), due notice having been given and the Court being advised in the premises;

  IT IS HEREBY ORDERED that:

  1. The Trustee is authorized to issue a Rule 2004 subpoena to the Debtors and the Examinees pursuant to Fed. R. Bankr. P. 2004.

Enter:  *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  February 19, 2021

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com