UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-13410 |
| Parvinder S. Nanua and Surjit K. Nanua | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| Debtor(s) | ) | Adv. No.: |
| Plaintiff(s) | ) | |
| Defendant(s) | ) | |

**ORDER AUTHORIZING 2004 EXAMINATION**

This matter having come before the Court on the motion of Peter N. Metrou, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Parvinder S. Nanua and Surjit K. Nanua (the "Debtors"), for authority to issue a Rule 2004 subpoena to Marathon of Auburn, LLC (the "Examinee"), due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. The Trustee is authorized to issue a Rule 2004 subpoena to the Examinee pursuant to Fed. R. Bankr. P. 2004.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: March 05, 2021

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com